# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

J&J Sports Production, Inc.,

Plaintiff(s),

v.

Mohammed Rafiq, and Seventh, Inc. ,

Defendant(s).

Case No. 1:17-cv-07347
Judge Elaine E. Bucklo

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) J&J Sports Production, Inc.
and against defendant(s) Mohammed Rafiq, and Seventh,
Inc. in the amount of $3,000.00,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☒ tried by Judge Elaine E. Bucklo without a jury and the above decision was reached.
☐ decided by Judge Elaine E. Bucklo on a motion.

Date:  4/4/2019

Thomas G. Bruton, Clerk of Court

Maria G. Hernandez , Deputy Clerk